Monica S. Call (#11361)
monica.call@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT  84111-4904monica
Telephone: (801) 328-3131
Facsimile:  (801) 578-6999

Daren S. Garcia (*pro hac*)
dsgarcia@vorys.com
Rodney A. Holaday (*pro hac*)
raholaday@vorys.com
William D. Kloss, Jr. (*pro hac*)
wdklossjr@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Telephone: (614) 464-8356
Facsimile:  (614) 719-5112

*Attorneys for Skullcandy, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKULLCANDY, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>FILTER USA INC., a New York corporation, BENJAMIN FRIEDLANDER, an individual, both doing business as "Filter Pro" on www.amazon.com, and JOHN DOES 1-10,<br><br>        Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No: 2:18-cv-00748-DAK<br><br>District Judge: Dale A. Kimball |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Skullcandy, Inc., and Defendants, Filter USA, Inc. and Benjamin Friedlander, hereby stipulate that all claims herein are dismissed <u>with</u> prejudice.  Each party shall bear its own fees and costs.

| | |
|---|---|
| Dated: December 5, 2019 | Dated:  December 5, 2019 |
| */s/ Robert T. Spjute (per email authority)* <br> Michael C. Van (#3876) <br> Robert T. Spjute (#13866) <br> Shumway Van <br> 8 East Broadway, Suite 550 <br> Salt Lake City, UT  84111 <br> Telephone:  801-478-8080 <br> Facsimile:  801-478-8088 <br> tee@shumwayvan.com <br> michael@shumwayvan.com <br><br> Steven Stern (*pro hac*) <br> Benjamin Little (*pro hac*) <br> Richard S. Schurin (*pro hac*) <br> Stern & Schurin, LLP <br> 595 Stewart Ave, Suite 510 <br> Garden City, NY  11530 <br> Telephone:  516-248-0300 <br> Facsimile:  516-283-0277 <br> sstern@sternschurin.com <br> blittle@sternschurin.com <br> rschurin@sternschurin.com <br><br> *Attorney for Defendants* | */s/ William D. Kloss, Jr.* <br> Monica S. Call (#11361) <br> STOEL RIVES LLP <br> 201 South Main Street, Suite 1100 <br> Salt Lake City, UT  84111-4904monica <br> Telephone: (801) 328-3131 <br> Facsimile:  (801) 578-6999 <br> monica.call@stoel.com <br><br> Daren S. Garcia (*pro hac*) <br> Rodney A. Holaday (*pro hac*) <br> William D. Kloss, Jr. (*pro hac*) <br> VORYS, SATER, SEYMOUR AND PEASE LLP <br> 52 East Gay Street <br> Columbus, OH  43215 <br> Telephone: (614) 464-8356 <br> Facsimile:  (614) 719-5112 <br> dsgarcia@vorys.com <br> raholaday@vorys.com <br> wdklossjr@vorys.com <br><br> *Attorneys for Plaintiff* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2019, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ William D. Kloss, Jr.*
William D. Kloss, Jr.

34820114